# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**MICHAEL FARANDA,**

    vs.                          **CASE NUMBER: 9:12-CV-0896 GTS-CFH**

**ADA PEREZ,** Superintendent of Downstate Correctional Facility

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: Pursuant to the Decision and Order of the Honorable Glenn T. Suddaby, United States District Court Judge, dated the 25th day of February, 2014, Magistrate Judge Hummel's Report-Recommendation (Dkt. No. 11) is **ACCEPTED** and **ADOPTED** in its entirety; and it is further **ORDERED** that the Petition (Dkt. No. 1) in this matter is **DENIED** and **DISMISSED;** and it is further **ORDERED** that a certificate of appealability not issue with respect to any of the claims set forth in the Petition as Petitioner has not made a "substantial showing of the denial of a constitutional right" pursuant to 28 U.S.C. § 2253(c)(2).

DATED: February 25, 2014

*[signature]*
Clerk of Court

ENTERED 2/25/2014
BY PTM

-S-_____
P.T. McBrearty
Deputy Clerk